W. H. Cobb and T. D. C. Prentiss, Appellants, vs. William P. Haisley, as executor of the last will and testament of Annie M. Butt Prentiss, deceased, Enoch W. Agnew and Mary M. Simmons, Appellees.

Appeal from Circuit Court, Marion county; William A. Hocker, Judge.

Albert Wright, R. A. Burford and W. K. Zewadski, for Appellants.

King & King, for Appellees.

The bill in this cause was filed by the appellees against the appellants. There was decree for the complainants, and the defendants appeal. The decree is affirmed.

Decision Per Curiam.